UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FLYNN et al,            :

   Plaintiffs,          :

   v.                   :   Case No. 1:08-cv-00222-HHK

ANGELO MONARCA, INC. et al  :

   Defendants.          :

                                    :

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Juan Chardiet, Attorney At Law, as counsel of record for the Defendants in the above captioned case.

Respectfully submitted,

/S/ Juan Chardiet

Juan Chardiet (DC Bar No. 399250)
Attorney at Law
6665-A Old Dominion Drive
McLean, VA 22101
Tel: 703-448-1770
Fax: 703-448-7780
Email: jchesq@erols.com

## Certificate of Service

I hereby certify that a true copy of the foregoing MOTION TO APPEAR PRO HAC VICE OF MICHAEL E. SATTI was sent to counsel for Plaintiff, Ira R. Mitzner, DICKSTEIN SHAPIRO, LLP, 1825 Eye Street, NW, Washington, DC 20006 by first class mail, postage prepaid, on this 28th day of March, 2008.

/S/ Juan Chardiet (DC Bar. 399250)
_____
Juan Chardiet