UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FLYNN et al, :

    Plaintiffs, :

v. : Case No. 1:08-cv-00222-HHK

ANGELO MONARCA, INC. et al :

    Defendants. :

: March 27, 2008

### MOTION OF MICHAEL E. SATTI TO APPEAR PRO HAC VICE

Michael E. Satti, Attorney and Counselor at Law, of the firm of Michael E. Satti, Attorney At Law, LLC, hereby moves this Court under Local Rule 83.2 (c) & (d), for permission to appear and participate in the above entitled action on behalf of the Defendants Angelo Monarca, Inc. d/b/a Angelo Monarca, LLC and Angelo Monarca individually, by whom the firm Michael E. Satti, Attorney At Law, LLC has been retained. A Declaration Pursuant to Local Rule 83.2 (c) & (d) accompanies this Motion.

WHEREFORE, Movant respectfully requests entry of the attached proposed order authorizing his special admission to practice in this case.

Respectfully submitted,

_____
Michael E. Satti
(USDC for the Dist. of CT Bar No. ct01311)
Michael E. Satti, Attorney at Law, LLC
107 Wilcox Road, Suite 111
Stonington, Connecticut 06378
Tel: 860-536-1018.
Fax: 860-536-4094
Email: msatti@sattilaw.com

## CONSENT TO ACT AS LOCAL COUNSEL

I, Juan Chardiet, an attorney qualified to practice in this court, consents to designation as local attorney for June L. Deptulski and agree to serve as designee with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served in accordance with Local Rule 83.2 (c) & (d).

/S/ Juan Chardiet (DC Bar No. 399250)
_____
Juan Chardiet (DC Bar No. 399250)
Attorney at Law
6665-A Old Dominion Drive
McLean, VA 22101
Tel: 703-448-1770
Fax: 703-448-7780
Email: jchesq@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FLYNN et al,                          :

    Plaintiffs,                    :

    v.                              :   Case No. 1:08-cv-00222-HHK

ANGELO MONARCA, INC. et al           :

    Defendants.                    :

                                      :   March 27, 2008

## DECLARATION OF MICHAEL E. SATTI

## IN SUPPORT OF PRO HAC VICE MOTION

Pursuant to Local Rule 83.2 (c) & (d), I hereby state the following:

1. My name is Michael E. Satti.

2. I am a member of the law firm of Michael E. Satti, Attorney at Law, LLC, 107 Wilcox Road, Suite 111, Stonington, Connecticut 06378, T) (860) 536-1018.

3. I am a member in good standing of the highest court of the State of Connecticut and the following Bars: U.S. District Court, District of Connecticut; U.S. Court of Appeals, First Circuit.

4. I certify that I have not been disciplined, suspended or disbarred by any court or any Bar.

5. I have not appeared nor have I been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, and am not a member of the District of Columbia Bar, and do not have an application for membership pending.

7. I have read and am familiar with the Local Rules of practice of the United States District Court for the District of Columbia

8. I have complied with Local Rule Pursuant to Local Rule 83.2 (c) & (d) regarding local counsel who is a member of this Court and have retained the following:

Juan Chardiet, Attorney at Law
6665-A Old Dominion Drive
McLean, VA 22101
Tel: 703-448-1770
Fax: 703-448-7780
Email: jchesq@erols.com

I hereby certify that the above is true and correct. Executed on this 27th day of March, 2008.

Respectfully submitted,

_____
Michael E. Satti
(USDC for the Dist. of CT Bar No. ct01311)
Michael E. Satti, Attorney at Law, LLC
107 Wilcox Road, Suite 111
Stonington, Connecticut 06378
Tel: 860-536-1018.
Fax: 860-536-4094
Email: msatti@sattilaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FLYNN et al,                          :

    Plaintiffs,                    :

    v.                             :   Case No. 1:08-cv-00222-HHK

ANGELO MONARCA, INC. et al            :

    Defendants.                    :

                                   :

## ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter was considered without hearing on Michael E. Satti's Motion to Appear Pro Hac Vice in the case pursuant to Local Rule 83.2 (c) & (d). The court having reviewed the motion and good cause appearing, it is

**ORDERED** that Michael E. Satti may appear before the court pro hac vice as counsel for Defendants Angelo Monarca, Inc. d/b/a Angelo Monarca, LLC and Angelo Monarca individually in this case subject to the local rules of this court. The following attorney is designated as the attorney qualified to practice in this court with whom the court and opposing counsel may readily communicate and upon whom papers may be served:

> Juan Chardiet (DC Bar No. 399250)
> Attorney at Law
> 6665-A Old Dominion Drive
> McLean, VA 22101
> Tel: 703-448-1770
> Fax: 703-448-7780
> Email: jchesq@erols.com

**ORDERED** in the United States District Court for the District of Columbia on

_____ .

_____
United States District Court Judge

3

## Certificate of Service

I hereby certify that a true copy of the foregoing MOTION TO APPEAR PRO HAC VICE OF MICHAEL E. SATTI was sent to counsel for Plaintiff, Ira R. Mitzner, DICKSTEIN SHAPIRO, LLP, 1825 Eye Street, NW, Washington, DC 20006 by first class mail, postage prepaid, on this 28th day of March, 2008.

/S/ Juan Chardiet (DC Bar No. 399250)

_____

Juan Chardiet