UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FLYNN et al,                         :

    Plaintiffs,                    :

v.                                   :   Case No. 1:08-cv-00222-HHK

ANGELO MONARCA, INC. et al           :

    Defendants.                    :

_____          :   March 27, 2008

### MOTION OF JUNE L. DEPTULSKI TO APPEAR PRO HAC VICE

June L. Deptulski, Attorney and Counselor at Law, of the firm of Michael E. Satti, Attorney At Law, LLC, hereby moves this Court under Local Rule 83.2 (c) & (d), for permission to appear and participate in the above entitled action on behalf of the Defendants Angelo Monarca, Inc. d/b/a Angelo Monarca, LLC and Angelo Monarca individually, by whom the firm Michael E. Satti, Attorney At Law, LLC has been retained. A Declaration Pursuant to Local Rule 83.2 (c) & (d) accompanies this Motion.

WHEREFORE, Movant respectfully requests entry of the attached proposed order authorizing her special admission to practice in this case.

                              Respectfully submitted,

                              */s/ June L. Deptulski*
                              June L. Deptulski
                              (USDC/Dist. of CT Bar No. ct24785)
                              Michael E. Satti, Attorney at Law, LLC
                              107 Wilcox Road, Suite 111
                              Stonington, Connecticut 06378
                              Tel: 860-536-1018.
                              Fax: 860-536-4094
                              Email: msatti@sattilaw.com

## CONSENT TO ACT AS LOCAL COUNSEL

I, Juan Chardiet, an attorney qualified to practice in this court, consents to designation as local attorney for June L. Deptulski and agree to serve as designee with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served in accordance with Local Rule 83.2 (c) & (d).

/S/ Juan Chardiet (DC Bar No. 399250)

Juan Chardiet (DC Bar No. 399250)
Attorney at Law
6665-A Old Dominion Drive
McLean, VA 22101
Tel: 703-448-1770
Fax: 703-448-7780
Email: jchesq@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FLYNN et al,                      :

    Plaintiffs,                :

    v.                         :   Case No. 1:08-cv-00222-HHK

ANGELO MONARCA, INC. et al        :

    Defendants.                :

    _____:   March 27, 2008

## DECLARATION OF JUNE L. DEPTULSKI

## IN SUPPORT OF PRO HAC VICE MOTION

1. My name is June L. Deptulski.

2. I is an associate at the law firm of Michael E. Satti, Attorney at Law, LLC, 107 Wilcox Road, Suite 111, Stonington, Connecticut 06378, T) (860) 536-1018.

3. I am a member in good standing of the highest court of the State of Connecticut and the following Bars: United States District Court, District of Connecticut and the United States Tax Court.

4. I certify that I have not been disciplined, suspended or disbarred by any court or any Bar.

5. I have not appeared nor have I been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, and am not a member of the District of Columbia Bar, and do not have an application for membership pending.

7. I have read and am familiar with the Local Rules of practice of the U.S.D.C. for the District of Columbia

8. I have complied with Local Rule Pursuant to Local Rule 83.2 (c) & (d) regarding local counsel who is a member of this Court and have retained the following:

Juan Chardiet, Attorney at Law
6665-A Old Dominion Drive
McLean, VA 22101
Tel: 703-448-1770
Fax: 703-448-7780
Email: jchesq@erols.com

I hereby certify that the above is true and correct. Executed on this 27th day of March, 2008.

_____
June L. Deptulski
(USDC/Dist. of CT Bar No. ct24785)
Michael E. Satti, Attorney at Law, LLC
107 Wilcox Road/Suite 111
Stonington, Connecticut 06378
Tel:  860-536-1018.
Fax:  860-536-4094
Email: jdeptulski@sattilaw

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FLYNN et al,               :

    Plaintiffs,         :

    v.                  :   Case No. 1:08-cv-00222-HHK

ANGELO MONARCA, INC. et al :

    Defendants.         :

                        :

### ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter was considered without hearing on June L. Deptulski's Motion to Appear Pro Hac Vice in the case pursuant to Local Rule 83.2 (c) & (d). The court having reviewed the motion and good cause appearing, it is

**ORDERED** that June L. Deptulski may appear before the court pro hac vice as counsel for Defendants Angelo Monarca, Inc. d/b/a Angelo Monarca, LLC and Angelo Monarca individually in this case subject to the local rules of this court. The following attorney is designated as the attorney qualified to practice in this court with whom the court and opposing counsel may readily communicate and upon whom papers may be served:

                Juan Chardiet (DC Bar No. 399250)
                Attorney at Law
                6665-A Old Dominion Drive
                McLean, VA 22101
                Tel: 703-448-1770
                Fax: 703-448-7780
                Email: jchesq@erols.com

**ORDERED** in the United States District Court for the District of Columbia on

_____.

                _____
                United States District Court Judge

3

## Certificate of Service

I hereby certify that a true copy of the foregoing MOTION TO APPEAR PRO HAC VICE OF JUNE L. DEPTULSKI was sent to counsel for Plaintiff, Ira R. Mitzner, DICKSTEIN SHAPIRO, LLP, 1825 Eye Street, NW, Washington, DC 20006 by first class mail, postage prepaid, on this 28th day of March, 2008.

/S/ Juan Chardiet (DC Bar No. 399250)

Juan Chardiet

4