UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FLYNN et al, :

    Plaintiffs, :

v. : Case No. 1:08-cv-00222-HHK

ANGELO MONARCA, INC. et al :

    Defendants. :

                                       : March 28, 2008

**DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL
JURISDICTION AND FOR FAILURE TO STATE A CLAIM UPON
WHICH RELIEF MAY BE GRANTED**

Angelo Monarca, Inc. d/b/a Angelo Monarca Contracting LLC and Angelo

Monarca individually, defendants in the above-captioned proceeding, by and through

their undersigned counsel and pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal

Rules of Civil Procedure, respectfully moves this Court for dismissal of the Complaint

filed by the above-captioned plaintiffs ("Plaintiffs").

**I. INTRODUCTION AND BACKGROUND**

On or about February 8, 2008, Plaintiffs filed their Complaint ("Complaint"),

alleging that Angelo Monarca had executed agreements on behalf of Angelo

Monarca, Inc., with IPF and IMI, under which Angelo Monarca, Inc. agreed to make

certain payments to the IPF and IMI on behalf of its covered employees. See

Plaintiff's Complaint (hereinafter "Complaint"). Plaintiffs are Trustees of the Bricklayers & Trowel Trades International Pension Fund ("IPF" or "Fund") and Trustees of the International Masonry Institute ("IMI"), which are administered in the District of Columbia. See Complaint at ¶¶ 3-5. Plaintiffs claim that although Angelo Monarca, Inc. is a dissolved company, by doing business as Angelo Monarca Contracting, LLC, it failed to properly submit required reports and contributions for work performed between October 2003 and June 2006. See Complaint at ¶¶ 12, 15, 16. Plaintiffs further allege that because Angelo Monarca signed the agreements as a principal officer and controlling owner of Angelo Monarca, Inc., and carried on the business of Angelo Monarca, Inc. beyond that necessary to wind up its affairs, he is personally liable for the obligations of said agreements. See ¶ 7 and ¶16.

As more fully set forth in the accompanying Memorandum of Law, Plaintiffs have failed to state a claim against Angelo Monarca, Inc. under Rule 12(b)(6) of the Federal Rules of Civil Procedure, and have in fact introduced as exhibits documents that contradict its allegations against said Defendant.

As more fully set forth in the accompanying Memorandum of Law, Plaintiffs lack personal jurisdiction over the Defendant Angelo Monarca individually, under Rule 12(b)(2) of the Federal Rules of Civil Procedure in that Angelo Monarca did not execute said agreements on behalf of the dissolved Angelo Monarca, Inc.

Plaintiffs' claims lack merit, and, therefore, the Complaint should be dismissed.

## II. PRAYER FOR RELIEF

WHEREFORE, Defendants respectfully request that this Court enter an Order: (i) granting the Motion; (ii) dismissing the Complaint with prejudice; and (iii) for such other and further relief as this Court deems just and proper.

DATED: March 28, 2008

Respectfully Submitted,

/S/ Juan Chardiet (DC Bar No. 399250)
Attorney at Law
6665-A Old Dominion Drive
McLean, VA 22101
Tel: 703-448-1770
Fax: 703-448-7780
Email: jchesq@erols.com

/S/ Michael E. Satti (Pending Admittance *Pro hac vice*)
USDC for the Dist. of CT Bar No. ct01311
Michael E. Satti, Attorney at Law, LLC
107 Wilcox Road, Suite 111
Connecticut 06378
Tel: 860-536-1018
Fax: 860-536-4094
Email: msatti@sattilaw.com

/S/ June L. Deptulski (Pending Admittance Pro hac vice)
USDC/Dist. of CT Bar No. ct24785
Michael E. Satti, Attorney at Law, LLC
107 Wilcox Road/Suite 111
Stonington, Connecticut 06378
Tel: 860-536-1018
Fax: 860-536-4094
Email: jdeptulski@sattilaw

## Certificate of Service

I hereby certify that a true copy of the foregoing MOTION TO DISMISS was sent to counsel for Plaintiff, Ira R. Mitzner, DICKSTEIN SHAPIRO, LLP, 1825 Eye Street, NW, Washington, DC 20006 by first class mail, postage prepaid, on this 28th day of March, 2008.

/S/ Juan Chardiet (DC Bar No. 399250)
Juan Chardiet
Attorney at Law