UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FLYNN et al,                              :

    Plaintiffs,                         :

    v.                                       :   Case No. 1:08-cv-00222-HHK

ANGELO MONARCA, INC. et al      :

    Defendants.                         :

                                                 :

## ORDER

Upon consideration of the Motion to Dismiss dated March 28, 2008 by Defendants Angelo Monarca, Inc., and Angelo Monarca individually, and the opposition thereto, it is hereby

**ORDERED** that Defendants' Motion to Dismiss is Granted/Denied; it is further

**ORDERED** that the Complaint be dismissed With/Without Prejudice.

_____                               _____
Date                                                                         United States District Judge