UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN FLYNN, et al.**<br><br>           **Plaintiffs,**<br><br>      v.<br><br>**ANGELO MONARCA, INC., et al.,**<br><br>           **Defendants.** | Civil Action 08-00222 (HHK) |

## ORDER

Before the court is defendants' Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim Upon Which Relief May be Granted [#8]. Upon consideration of the motion, the opposition thereto, and the record of this case, it is this 12th day of May 2008 hereby

**ORDERED** that defendants' motion to dismiss [#8] is **DENIED**.

                                                                Henry H. Kennedy, Jr.
                                                                United States District Judge