UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FLYNN et al,  :

    Plaintiffs,  :

v.  :   Case No. 1:08-cv-00222-HHK

ANGELO MONARCA, INC. et al  :

    Defendants.  :

    :   June 2, 2008

## DEFENDANTS' ANSWER

NOW COME the Defendants, Angelo Monarca, Inc. d/b/a Angelo Monarca, LLC and Angelo Monarca Individually (hereinafter referred to as "Monarca, Inc." and "Monarca", respectively), by and through their attorneys, Michael E. Satti, Attorney at Law, LLC, and answer the Plaintiff's Complaint dated February 8, 2008 as follows:

## JURISDICTION AND VENUE

1. Monarca, Inc. and Monarca admit that Plaintiffs purport to base their claims on the provisions of the Employment and Retirement Income Security Act of 1974, as amended ("ERISA"), as stated in Paragraph 1.

2. Deny as calling for a legal conclusion.

## PARTIES

1. Deny as calling for a legal conclusion.

2. Deny as calling for a legal conclusion.

3. Deny as calling for a legal conclusion.

4. Deny.

5. Admit that Angelo Monarca was the President of Angelo Monarca, Inc. but deny that he was President after the company was formally dissolved on June 13, 2000.

## VIOLATION CHARGED

6. Admit that Angelo Monarca executed agreements with the Union, but denies that said agreements were on behalf of Angelo Monarca, Inc.

7. Deny.

8. Deny.

9. Deny.

10. Deny.

11. Deny.

12. Deny.

13. Admit.

14. Deny.

15. Deny.

DATED: June 2, 2008

Respectfully Submitted,

/S/ Juan Chardiet (DC Bar No. 399250)
Attorney at Law
6665-A Old Dominion Drive
McLean, VA 22101
Tel: 703-448-1770
Fax: 703-448-7780
Email: jchesq@erols.com

/S/ Michael E. Satti (Pending Admittance *Pro hac vice*)
USDC for the Dist. of CT Bar No. ct01311
Michael E. Satti, Attorney at Law, LLC
107 Wilcox Road, Suite 111
Connecticut 06378
Tel: 860-536-1018
Fax: 860-536-4094
Email: msatti@sattilaw.com

/S/ June L. Deptulski (Pending Admittance Pro hac vice)
USDC/Dist. of CT Bar No. ct24785
Michael E. Satti, Attorney at Law, LLC
107 Wilcox Road/Suite 111
Stonington, Connecticut 06378
Tel: 860-536-1018
Fax: 860-536-4094
Email: jdeptulski@sattilaw

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Answer to be served via the District Court's electronic filing (ECF) system upon:

Ira R. Mitzner
DICKSTEIN SHAPIRO, LLP
1825 Eye Street, NW
Washington, DC 20006

This 2nd day of June, 2008.

/S/ Juan Chardiet (DC Bar No. 399250)
Juan Chardiet
Attorney at Law