IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANGELO MONARCA, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 1:CV 08-0222 (HHK) ) ) ) ) ) |

**JOINT STATEMENT OF THE CASE,
STATUTORY BASIS FOR ALL CAUSES OF ACTION AND DEFENSES
AND REPORT UNDER LOCAL CIVIL RULE 16.3**

**Joint Statement of the Case and Statutory Basis
for All Causes of Action and Defenses**

This is an action brought by the fiduciaries of the Bricklayers and Trowel Trades International Pension Fund ("IPF"), an employee benefit plan administered in the District of Columbia, to collect employer delinquencies determined by an audit of the books and records of Defendant Angelo Monarca, Inc.  John Flynn, et al., ("Plaintiffs") allege that, Angelo Monarca Inc. has not reported properly under the collective bargaining agreements to which it is bound. Plaintiffs further allege that although it is their understanding that the corporate status of Angelo Monarca, Inc. has been dissolved, Defendant Angelo Monarca, the company's principal officer and controlling owner, continued to carry on the business beyond that necessary to wind up its affairs, and is therefore personally liable.  Plaintiffs have brought this action pursuant to the provisions of Section 515 of the Employee Retirement Income Security Act of 1974, as amended 29 U.S.C. § 1145 ("ERISA").  Plaintiffs assert that jurisdiction and venue are conferred in this Court pursuant to Section 502(e)(1) of ERISA, 29 U.S.C. § 1132(e)(1).  Defendant Angelo Monarca, Inc. is a contractor conducting business in the State of Connecticut.  Defendants allege

2459471

that Plaintiffs' allegations are insufficient to state an ERISA delinquent contribution claim against Defendant Angelo Monarca, Inc. and Angelo Monarca, Individually.

**Joint Report Under Local Rule 16.3**

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3, Plaintiffs and Defendants jointly submit the following report:

1. The parties believe that this case may be resolved by settlement agreement, stipulated judgment and/or dispositive motion following limited discovery.

2. The parties believe that any other party should be joined or the pleadings amended within 45 days after the issuance of the Court's scheduling order. The parties believe that it is possible that some of the factual and legal issues can be agreed upon or narrowed.

3. Plaintiffs do not wish to have this case referred to a Magistrate for all purposes. Defendants would not object to having this case referred to a Magistrate for all purposes.

4. The parties believe that there is a possibility that the case can be settled.

5. Counsel have discussed alternative dispute resolution with their clients and do not wish to participate in alternative dispute resolution procedures at this time.

6. The parties believe that the case may be resolved by summary judgment. The parties propose the following schedule: Dispositive motions should be filed by November 28, 2008; opposing memoranda should be filed by December 22, 2008; and reply briefs should be filed by January 14, 2009.

7. The parties wish to dispense with the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1).

8. The parties believe that some discovery may be required. The parties desire until October 28, 2008 for the completion of discovery.

9. The parties do not anticipate the use of expert witnesses in this case. However, the parties reserve the right to name expert witnesses at a later date if need arises.

10. Not applicable.

11. The parties agree that the trial and discovery should not be bifurcated or managed in phases.

12. The parties agree that the date of the pretrial conference should be 30 days after dispositive motions are decided.

13. The parties agree that the Court should set a firm trial date at the pretrial conference.

14. The parties do not believe that there are other matters appropriate for inclusion in the scheduling order.

Dated: July 1, 2008                By:_____/s/_____
                                   Ira R. Mitzner, DC Bar No. 184564
                                   Charles V. Mehler III, DC Bar No. 475909
                                     DICKSTEIN SHAPIRO LLP
                                     1825 Eye Street, N.W.
                                     Washington, DC 20006-5403
                                     T: (202) 420-2200
                                     F: (202) 420-2201

                                   Attorneys for Plaintiffs
                                   John Flynn, et al.


Dated: July 1, 2008                By:_____/s/_____
                                   Juan Chardiet, DC Bar No. 399250
                                     GIPPLE & HALE
                                     6665-A Old Dominion Drive
                                     McLean, VA 22101-4518
                                     T: (703) 448-1770
                                     F: (703) 448-7780

2459471

Dated: July 1, 2008                          By: _____/s/_____
                                             Michael E. Satti
                                             June L. Deptulski
                                               MICHAEL E. SATTI, ATTORNEY
                                               AT LAW, LLC
                                               108 Wilcox Road, Suite 111
                                               Stonington, CT  06378
                                               T:  (860) 536-1018
                                               F:  (860) 536-4094

                                             Attorneys for Defendants
                                             Angelo Monarca, Inc.,
                                             and Angelo Monarca, Individually

2459471