IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ANGELO MONARCA, INC.,<br>d/b/a ANGELO MONARCA CONTRACTING, LLC, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:08-CV-00222<br>)<br>) Judge Henry H. Kennedy<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, Counsel for Plaintiffs and Defendants hereby stipulate to the dismissal of this action against Defendants, Angelo Monarca, Inc., et al. Plaintiffs have received a check from Defendants in the amount of $26,500.00, which concludes the settlement of this matter. Both parties agree to bear their own attorneys' fees and costs.

Dated: August 1, 2008            By: _____/s/_____
　　　　　　　　　　　　　　　　　　Ira R. Mitzner (DC Bar No. 184564)
　　　　　　　　　　　　　　　　　　Charles V. Mehler III (DC Bar No. 475909)
　　　　　　　　　　　　　　　　　　　Dickstein Shapiro LLP
　　　　　　　　　　　　　　　　　　　1825 Eye Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, DC  20006
　　　　　　　　　　　　　　　　　　　(202) 420-2234 (Telephone)
　　　　　　　　　　　　　　　　　　　(202) 420-2201 (Facsimile)

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: August 1, 2008            By: _____/s/_____
　　　　　　　　　　　　　　　　　　Juan Chardiet, (DC Bar No. 399250)
　　　　　　　　　　　　　　　　　　　6665-A Old Dominion Drive
　　　　　　　　　　　　　　　　　　　McLean, VA  22101-45186
　　　　　　　　　　　　　　　　　　　(703) 448-1770 (Telephone)
　　　　　　　　　　　　　　　　　　　(703) 448-7780 (Facsimile)

2470921

      Michael E. Satti (CT Bar No. ct01311)
      June L. Deptulski (CT Bar No. ct24785)
       Michael E. Satti, Attorney At Law
       107 Wilcox Road, Suite 111
       Stonington, CT  06378
       (860) 536-1018 (Telephone)
       (860) 536-4094 (Facsimile)

Attorneys for Defendants

2470921

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br><br>    Plaintiffs, )<br>            )<br>  v.           )<br>            )<br>ANGELO MONARCA, INC., )<br>d/b/a ANGELO MONARCA CONTRACTING, LLC, et al., )<br>    Defendants. ) | Case No. 1:08-CV-00222<br><br>Judge Henry H. Kennedy |

**ORDER DISMISSING COMPLAINT**

Upon consideration of the attached Stipulation of Dismissal with Prejudice filed by the Parties, it is this ____ day of _____, 2008, by the United States District Court for the District of Columbia,

  **ORDERED** that the Complaint hereby is dismissed with prejudice.

                _____
                United States District Judge
                Henry H. Kennedy

2470933

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>ANGELO MONARCA, INC.,<br>d/b/a ANGELO MONARCA CONTRACTING, LLC, et al.,<br><br>        Defendants. | Case No. 1:08-CV-00222<br><br>Judge Henry H. Kennedy |

### LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esquire
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, D.C. 20006-5403

    Juan Chardiet, Esquire
    6665-A Old Dominion Drive
    McLean, VA 22101-4518

    Michael E. Satti, Esquire
    June L. Deptulski, Esquire
    Michael E. Satti, Attorney at Law, LLC
    107 Wilcox Road, Suite 111
    Stonington, CT 06378