IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN FLYNN, et al., )
)
Plaintiffs, )
) Case No. 1:08-CV-00222
v. )
) Judge Henry H. Kennedy
ANGELO MONARCA, INC., )
d/b/a ANGELO MONARCA CONTRACTING, LLC, et al., )
)
Defendants. )
)

## ORDER DISMISSING COMPLAINT

Upon consideration of the attached Stipulation of Dismissal with Prejudice filed by the Parties, it is this 18th day of August, 2008, by the United States District Court for the District of Columbia,

**ORDERED** that the Complaint hereby is dismissed with prejudice.

United States District Judge
Henry H. Kennedy

2470933